UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 7-cr-35-3-GFVT |
| Plaintiff, ) | Related Civil No. 13-cv-7327-GFVT-CJS |
| ) | |
| V. ) | |
| ) | **JUDGMENT** |
| PHILLIP G. CHAMPION, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Respondent;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Petitioner; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 2nd day of February, 2016.

Gregory F. Van Tatenhove
United States District Judge